In the Matter of RICKY PENDER, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent. [817 NYS2d 563]—Appeal from a judgment of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered June 8, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs (*see Matter of Raqiyb v Donnelly*, 307 AD2d 761 [2003]). Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Hayes, JJ.